IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THEODORA STEINKE JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>CYNDI ENDERLE and ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CV 23–144–M–DWM<br><br><br>ORDER |

The parties, having stipulated to remand this case to Montana state court because Plaintiff does not seek more than $75,000 in damages, exclusive of interest and costs, as required for diversity jurisdiction under 28 U.S.C. § 1332(a),

IT IS ORDERED that the parties' motion (Doc. 8) is GRANTED. The Clerk is directed to REMAND this case to the Fourth Judicial District Court, Missoula County. All pending motions are DENIED as MOOT and all deadlines are VACATED.

DATED this 6th day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1